Matter of Landin F. (Jodi G.) (2024 NY Slip Op 01489)

Matter of Landin F. (Jodi G.)

2024 NY Slip Op 01489

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: WHALEN, P.J., CURRAN, OGDEN, GREENWOOD, AND NOWAK, JJ. (Filed Mar. 15, 2024.)

MOTION NO. (914/23) CAF 22-01377.

[*1]IN THE MATTER OF LANDIN F. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; JODI G., RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.